# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

RENEE DANIEL, KARI CONFORTI, LYNDSEY GABRIELLE, MEEGAN SHEPPARD, and ELIZABETH FRANKE,

Plaintiff(s),

v.

BOARD OF TRUSTEES FOR THE COLLEGE OF DUPAGE, ROBERT BREUDER, TERRIE CIEZ, TOM CAMERON, KAREN SOLT, and other unknown employees of the COLLEGE OF DUPAGE, in their individual and official capacities,

Defendant(s).

Case No. 14 C 0855
Judge John J. Tharp

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This is a final and appealable judgment dismissing Counts I and II of the plaintiffs' Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) for failure to allege a cognizable cause of action, and dismissing Counts III and IV of the plaintiffs' Complaint without prejudice pursuant to 28 U.S.C. § 1367(c)(3). The defendants shall recover costs from the plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge John J. Tharp presiding, and the jury has rendered a verdict.
☐ tried by Judge John J. Tharp without a jury and the above decision was reached.
☒ decided by Judge John J. Tharp on a motion to dismiss by defendants The Board of Trustees for the College of DuPage, Robert Breuder, Terrie Ciez, Tom Cameron, and Karen Solt (Dkt. 9).


Date:  5/8/2015                                        Thomas G. Bruton, Clerk of Court

                                                       Alberta Rone , Deputy Clerk